AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Mickle, Stephan P | 2. Court or Organization  Northern District of Florida | 3. Date of Report  05/11/2006 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. District Judge (Active) | 5a. Report Type (check appropriate type)  ☐ Nomination,   Date  ☐ Initial   ☒ Annual   ☐ Final | 6. Reporting Period  01/01/2005  to  12/31/2005 |
|---|---|---|
|  | 5b. ☐ Amended Report |  |

| 7. Chambers or Office Address  U. S. District Court  401 S.E. 1st Avenue, Suite 367  Gainesville, FL 32601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of instructions.)

☐ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | University of Florida Alumni Association |
| 2. Board of Trustees | University of Florida Law Center Association |
| 3. Adjunct Professor | University of Florida College of Law |
| 4. | |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of instructions.)

☐ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | Teaching Course - Trial Advocacy, Spring and Fall Semester, University of Florida |
| 2. 2005 | State of Florida Retirement Benefits |
| 3. 2005 | American Fund-IRA |

RECEIVED 2006 MAY 18 A 9: 59 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Mickle, Stephan P | 05/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | University of Florida Law School, Teaching Salary | $ $24,315.00 |
| 2. 2005 | State of Florida Retirement Income | $ $60,870.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. FREE | April 19-24, Shepherdstown, West Virginia; Seminar: Exploring the Ecology, Economics..." (travel, food, and housing) |
| 2. George Mason University Law & Economics Center | June 9-12, La Jolla, California; Seminar: Ethics of Individualism (travel, food and housing) |
| 3. The Florida Bar Association | June 23, Boca Raton, FL; Federal Judicial Roundtable (travel, food and housing) |
| 4. | |
| 5. | |
| 6. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mickle, Stephan P | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | $ 0.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo Mortgage Co. | Mortgage on Rental Property; Gainesville, FL (Pt. VII, line 12 | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mickle, Stephan P | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State of Florida Retirement | F | Retirement | N | T | | | | | |
| 2. Nuveen-FL Municipal Bond | | None | J | T | | | | | |
| 3. Templeton(IRA)-Templeton World Fund | | None | K | T | | | | | |
| 4. Security 1st - Deferred Comp. | | None | N | T | transfer | 10/04 | N | | American Fund/IRA Rollover |
| 5. Security 1st-Deferred Comp. | | None | K | T | transfer | 10/04 | K | | American Fund/IRA Rollover |
| 6. Property, Camden, SC | | None | J | W | | | | | |
| 7. Beach Club - Vacation Plan | | None | J | T | | | | | |
| 8. Manulife | | None | M | T | transfer | 01/03 | M | | John Hancock |
| 9. Oppelheimer Capital Appreciation Fund CLB (PW Retirement) | | None | K | T | transfer | 07/12 | K | | Oppelheimer Real Asset Fund |
| 10. Corts-IBM Trust | | None | J | T | | | | | |
| 11. American Skandia Apex | | None | L | T | | | | | |
| 12. Rental Property, Gainesville, FL | D | Rent | L | W | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | P =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mickle, Stephan P | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___5 / 11 / 06___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>MICKLE, STEPHAN P | 2. Court or Organization<br><br>NORTHERN DISTRICT OF FLORIDA | 3. Date of Report<br><br>08/03/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☒   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>401 SE 1st Avenue, Suite 367<br>Gainesville, FL 32601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | University of Florida Alumni Association |
| 2. Board of Trustees | University of Florida Law Center Association |
| 3. Adjunct Professor | University of Florida College of Law |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | Teaching Course - Trial Advocacy, Spring and Fall Semester, University of Florida |
| 2. 2005 | State of Florida Retirement Benefits |
| 3. 2005 | American Fund-IRA |

2006 AUG -7 P 3: 20   FINANCIAL DISCLOSURE OFFICE   RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| MICKLE, STEPHAN P | 08/03/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | University of Florida Law School, Teaching Salary | $ 24,315 |
| 2. 2005 | State of Florida Retirement Income | $ 60,870 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. FREE | April 29-24, Shepherdstown, West Virginia; Seminar: Exploring the Ecology, Economics... (travel, food and housing) |
| 2. George Mason University Law & Economics Center | June 9-12, La Jolla, California; Seminar; Ethics of Individualism (travel, food and housing) |
| 3. The Florida Bar Association | June 23, Boca Raton, FL; Federal Judicial Roundtable (travel, food and housing) |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MICKLE, STEPHAN P | 08/03/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

$\boxed{X}$ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

$\boxed{\phantom{X}}$ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo Mortgage Co. | Mortgage on Rental Property; Gainesville, FL (Pt. VII, line 12) | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MICKLE, STEPHAN P | 08/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State of Florida Retirement | F | | N | T | | | | | |
| 2. Nuveen-FL Municipal Bond | | None | J | T | | | | | |
| 3. Templeton (IRA)-Templeton World Fund | | None | K | T | | | | | |
| 4. Security 1st - Deferred Comp. | | None | N | T | transfer | 10/04 | N | | Rollover to lines 13-15 |
| 5. Security 1st - Deferred Comp | | None | K | T | transfer | 10/04 | K | | Rollover to lines 17-19 |
| 6. Property, Camden, SC | | None | J | W | | | | | |
| 7. Beach Club - Vacation Plan | | None | J | T | | | | | |
| 8. John Hancock f/k/a Manulife | | None | M | T | | | | | |
| 9. Oppelheimer Capital Appreciation Fund CLB (PW Retirement) | | None | K | T | transfer | 7/12 | K | | Rollover to line 16 |
| 10. Corts-IBM Trust | | None | J | T | | | | | |
| 11. American Skandia Apex | | None | L | T | | | | | |
| 12. Rental Property, Gainesville, FL | D | Rent | L | W | | | | | |
| 13. IRA 1 - American Balance Fund | | None | N | T | | | | | |
| 14. IRA 1 -American Capital Income Builder | | None | N | T | | | | | |
| 15. IRA 1 -Income Fund of America | | None | N | T | | | | | |
| 16. Oppelheimer Real Asset Fund | | None | K | T | | | | | |
| 17. IRA 2- American Balance Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MICKLE, STEPHAN P | 08/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA 2- American Capital Income Builder | | None | K | T | | | | | |
| 19. IRA 2 - Income Fund of America | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MICKLE, STEPHAN P | 08/03/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| MICKLE, STEPHAN P | 08/03/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _8/3/2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544